Kara Kantor Lewis
**LOWENSTEIN SANDLER** PC
Attorneys At Law
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
Attorneys for Plaintiff Gould Paper Corporation

RECEIVED
JUL 14 2008
AT 8:30_____M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GOULD PAPER CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>PRIDE MADE PRODUCTS, INC.,<br><br>    Defendant. | Civil Action No.: 3:08-cv-00981<br>(AET-TJB)<br><br>**CONSENT JUDGMENT** |

**THIS MATTER** having been opened to the Court by Lowenstein Sandler PC, attorneys for plaintiff Gould Paper Corporation against defendant Pride Made Products, Inc. and it appearing that the parties entered into a settlement to resolve the within litigation; and it appearing further that Pride Made Products, Inc., through its counsel Hoffman & Hoffman, willingly executed this Consent Judgment; and good cause appearing;

IT IS on this _13th_ day of June, 2008,

**ORDERED AND ADJUDGED** that judgment be and the same is hereby entered in favor of plaintiff Gould Paper Corporation against defendant Pride Made Products, Inc. in the principal amount of $477,034.30, less payments made in the amount of $144,293.14, and less any additional, future payments made, plus post-judgment interest set at the prevailing rate.

12447/71
06/11/2008 6940599.1

Gould Paper Corporation agrees to forebear on any collection remedies available to it for the remaining balance for a period of 95 days, said period to begin running on June 11, 2008.

_____
Honorable Anne E. Thompson, U.S.D.J.
July 11, 2008

We hereby consent to the form and entry of this Consent Judgment:

**Hoffman & Hoffman**
Attorneys for Defendant
Pride Made Products, Inc.

By: _____
Brian L. Hoffman, Esq.

Dated: June 13, 2008

**Lowenstein Sandler PC**
Attorneys for Plaintiff
Gould Paper Corporation

By: _____
Kara K. Lewis

Dated: July 8, 2008

By: _____
Myra Olsen
President
Pride Made Products, Inc.

Dated: June 13, 2008